### NUSSMAN et al. v. UNITED STATES.

(Circuit Court of Appeals, Third Circuit. February 28, 1923.)

#### No. 2872.

In Error to the District Court of the United States for the District of New Jersey; Joseph L. Bodine, Judge.

Scire facias by the United States against Jacob Nussman and others on a forfeited recognizance. Judgment for the United States, and defendants bring error. Reversed, with directions.

B. L. Stein, of Paterson, N. J., for plaintiffs in error.
Walter H. Bacon, Jr., of Bridgeton, N. J., for the United States.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. Substantially the same pleadings, facts, and questions of law appear in this case as in the case of Harry Joelson v. United States of America, 287 Fed. 106 in which an opinion was recently filed by this court. The conclusions there reached control the decision in this case, and for the reasons there given the judgment of the District Court in this case is reversed, with directions to reinstate the answer and supplemental answer.